No. 487. TAYLOR, EXECUTOR, *v.* UNITED STATES. Probate Court of Middlesex County, Massachusetts. Certiorari denied. *Waldo Noyes* and *Seneca B. Anderson* for petitioner. *Solicitor General Perlman, Assistant*

*Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for the United States. Reported below: See 324 Mass. 639, 88 N. E. 2d 121.